Case 2:26-mj-00015-SPK    Document 2    Filed 04/09/26    Page 1 of 17

**Query**    **Reports**    **<u>U</u>tilities**    **Help**    **What's New**    **Log Out**

CJA,CLOSED,DT_PEAD,FPD,PEND_VIOLATION

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:14-cr-00572-DBB-1

---

Case title: USA v. Rich

Date Filed: 11/12/2014

Date Terminated: 04/24/2015

---

Assigned to: Judge David Barlow

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Spencer D. Rich**<br>*TERMINATED: 04/24/2015* | represented by | **Carlos A. Garcia**<br>UTAH FEDERAL DEFENDER OFFICE<br>46 W BROADWAY STE 110<br>SALT LAKE CITY, UT 84101<br>(801)524-4010<br>Email: carlos_garcia@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br>*Bar Number: 6877*<br>*Bar Status: Federal* |
| | | **Stephen R. McCaughey**<br>STEPHEN R MCCAUGHEY LLC<br>9 EXCHANGE PL STE 600<br>SALT LAKE CITY, UT 84101<br>(801)364-6474<br>Fax: (801)364-5014<br>Email: stephen@stephenrmccaughey.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br>*Bar Number: 2149*<br>*Bar Status: Active* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:922(g)(1)-UNLAWFUL TRANSPORT OF FIREARMS, ETC./Felon in Possession of a Firearm and Ammunition (1) | BOP 30 months. Supervised Release 36 months. Standard and special conditions of release. No fine imposed. SAP $100.00. AMENDED JUDGMENT ON REVOCATION (9/7/17): Dft admitted guilt to violations 1, 5 & 6 of the petition. |

BOP: 90 days. S/R: 33 months.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Notice Party**

**Amie Williamson**
*TERMINATED: 07/29/2015*

---

**Notice Party**

**Timothy Lowrance**
*TERMINATED: 02/05/2024*

---

**Notice Party**

**Jayson J. Kelker**
*TERMINATED: 01/05/2024*

---

**Notice Party**

**Dusten Russell**                    represented by   **Dusten Russell**
                                                        US PROBATION/PRETRIAL
                                                        Email: dusten_russell@utp.uscourts.gov
                                                        PRO SE
                                                        *Bar Number:*
                                                        *Bar Status:*

---

**Plaintiff**

**USA**                               represented by   **Maria D. Mooers-Putzer**
                                                        US ATTORNEY'S OFFICE
                                                        111 S MAIN ST STE 1800

SALT LAKE CITY, UT 84111-2176
801-325-1405
Email: Maria.Mooers-Putzer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 14730*
*Bar Status: Federal*

**Mark Vincent**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801) 325-3249
Email: mark.vincent@usdoj.gov
*TERMINATED: 11/12/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number:*
*Bar Status: Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2014 | 1 | INDICTMENT as to Spencer D. Rich (1) count(s) 1. Assigned to Judge Dee Benson. (jmr) (Entered: 11/12/2014) |
| 11/13/2014 | 3 | **NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by DBP Chambers) Initial Appearance set for 11/18/2014 10:45 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead.<br>Court Address: NEW COURTHOUSE - 351 South West Temple, Salt Lake City, Utah (tls) (Entered: 11/13/2014) |
| 11/17/2014 | 9 | Arrest Warrant Returned Executed on 11/17/14, filed on 11/20/14 in case as to Spencer D. Rich. (ss) (Entered: 11/21/2014) |
| 11/18/2014 | 5 | Minute Entry for proceedings held before Judge Magistrate Judge Dustin B. Pead: Initial Appearance/Arraignment/Pretrial Conference/Detention Hearing as to Spencer D. Rich (1) Count 1 held on 11/18/2014. Defendant present with counsel in custody. Rights and penalties explained. Financial Affidavit executed and submitted. Court appoints CJA Counsel, Stephen McCaughey. Defendant waives formal reading of Indictment and enters plea of NOT GUILTY. (Discovery due by 11/21/2014. Proposed Jury Instructions along with proposed voir dire questions 1/23/2015. Motions due by 12/13/2014. Plea Agreement due by 1/5/2015. 2 Day Jury Trial set for 1/26/2015 08:30 AM in Rm 3.400 before Judge Dee Benson). Defendant stipulates to detention at this time, but reserves his right to file a Motion for Review of Detention at a later date. Court orders defendant be detained by the USMS pending resolution of this matter. Attorney for Plaintiff: Mark Vincent, Attorney for Defendant: Stephen McCaughey, CJA. Interpreter: Not Needed. Probation Officer: Cameron Sinner. Court Reporter: Electronic. (Time Start: 10:47:05, Time End: 10:52:43, Room 8.400)<br>Court Address: NEW COURTHOUSE - 351 South West Temple, Salt Lake City, Utah (tls) (Entered: 11/20/2014) |

| 11/18/2014 | 8 | DOCKET TEXT ORDER OF DETENTION PENDING TRIAL as to Spencer D. Rich NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case. No attached document. Signed by Magistrate Judge Dustin B. Pead on 11/18/2014. (tls) (Entered: 11/20/2014) |
|---|---|---|
| 11/20/2014 | 4 | First CERTIFICATE OF COMPLIANCE *AND REQUEST FOR RECIPROCAL DISCOVERY* filed by USA as to Spencer D. Rich. (Vincent, Mark) (Entered: 11/20/2014) |
| 11/24/2014 | 10 | Second CERTIFICATE OF COMPLIANCE *AND REQUEST FOR RECIPROCAL DISCOVERY* filed by USA as to Spencer D. Rich. (Vincent, Mark) (Entered: 11/24/2014) |
| 11/24/2014 | 11 | NOTICE OF ATTORNEY APPEARANCE: Stephen R. McCaughey appearing for Spencer D. Rich (McCaughey, Stephen) (Entered: 11/24/2014) |
| 01/20/2015 | 12 | **NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Plea and Sentence set for TUESDAY 1/27/2015 at 01:30 PM in Rm 8.200 before Judge Dee Benson. (reb) (Entered: 01/20/2015) |
| 01/22/2015 | | Terminate Deadlines and Hearings as to Spencer D. Rich: (reb) (Entered: 01/22/2015) |
| 01/26/2015 | 13 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Change of Plea Hearing RESET FOR 2/10/2015 at 01:00 PM in Rm 8.200 before Judge Dee Benson. (reb) (Entered: 01/26/2015) |
| 01/26/2015 | | Terminate Deadlines and Hearings as to Spencer D. Rich: (reb) (Entered: 01/26/2015) |
| 02/03/2015 | 14 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Change of Plea Hearing RESET FOR TUESDAY 3/17/2015 at 01:30 PM in Rm 8.200 before Judge Dee Benson. (reb) (Entered: 02/03/2015) |
| 03/11/2015 | 15 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Change of Plea Hearing set for 3/17/2015 at ***NEW TIME*** 01:15 PM in Rm 8.200 before Judge Dee Benson. (reb) (Entered: 03/11/2015) |
| 03/12/2015 | 16 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Change of Plea Hearing RESET FOR TUESDAY 5/26/2015 at 02:30 PM in Rm 8.200 before Judge Dee Benson. (reb) (Entered: 03/12/2015) |
| 03/30/2015 | 17 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Change of Plea Hearing RESET FOR APRIL 4/22/2015 at 03:30 PM in Rm 8.200 before Judge Dee Benson. (reb) (Entered: 03/30/2015) |
| 04/16/2015 | 18 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Change of Plea Hearing RESET FOR 4/22/2015 at ***NEW TIME***03:00 PM in ***NEW COURTROOM***Rm 8.300 before Judge Dee Benson. (reb) (Entered: 04/16/2015) |
| 04/22/2015 | 19 | Minute Entry for proceedings held before Judge Dee Benson: Dft present and in custody with cnsl; dft sworn & gave ans to questions posed by the Crt to comply with Rule 11 of the FRCr.P. Stmt P/G executed & filed. Dft entered P/G to cnt 1 of the indictment. Crt accepted plea as being knowingly & voluntarily made. Stmts made by cnsl, dft & Govt. Crt Adjudges:Sentence:Dft placed in the custody of the B.O.P for 30 months. Supervised release 36 months. Standard and special conditions of release. |

| | | |
|---|---|---|
| | | Special condition: 1. The defendant will submit to drug/alcohol testing as directed by the probation office. 2. The defendant shall participate in a substance-abuse evaluation and/or treatment under a copayment plan as deemed appropriate or as directed by the probation. During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order. No fine is imposed. Special assessment fee of $100.00, payable forthwith. The Court recommends that the defendant participates and completes the 500 hour RDAP program. The Court also recommends that the defendant be placed in a Federal Correctional Institution in North Carolina or New Jersey, for family visitations. The Court informs the dft of his right to appeal within 14 days of entry of judgment. The dft is remanded to the custody of the USMS.Plea and Sentence Hearing held on 4/22/2015 for Spencer D. Rich (1), Count(s) 1, BOP 30 months. Supervised Release 36 months. Standard and special conditions of release. No fine imposed. SAP $100.00. Spencer D. Rich (1) Plea of guilty and sentencing on Count 1. Attorney for Plaintiff: Mark Vincent, Attorney for Defendant: Stephen R. McCaughey. Court Reporter: Ed Young. (reb) (Entered: 04/23/2015) |
| 04/23/2015 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Amie Williamson should be added to this case as to Spencer D. Rich (aw) (Entered: 04/23/2015) |
| 04/24/2015 | 20 | STATEMENT IN ADVANCE OF PLEA as to Spencer D. Rich (jlw) (Entered: 04/29/2015) |
| 04/24/2015 | 21 | ***SEALED DOCUMENT*** Plea Supplement pursuant to DUCrimR11-1 as to Spencer D. Rich (jlw) (Entered: 04/29/2015) |
| 04/24/2015 | 22 | JUDGMENT as to Spencer D. Rich (1), Count(s) 1, BOP 30 months. Supervised Release 36 months. Standard and special conditions of release. No fine imposed. SAP $100.00. Defendant Termed. Case Closed. Signed by Judge Dee Benson on 4/22/15. (jlw) (Entered: 04/29/2015) |
| 07/28/2015 | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Amie Williamson should be terminated from this case as to Spencer D. Rich (aw) (Entered: 07/28/2015) |
| 06/09/2017 | 24 | REQUEST and ORDER for Modifying Conditions of Supervision of Supervised Release with Consent of Offender. Waiver of Hearing attached. Signed by Judge Dee Benson on 6/9/2017. (blh) (Entered: 06/09/2017) |
| 07/12/2017 | 27 | Minute Entry for proceedings held before Magistrate Judge Brooke C. Wells. Initial Appearance re Revocation of Supervised Release as to Spencer D. Rich held on 7/12/2017. Defendant present and in custody. Allegations, procedure, rights and penalties explained. Defendant requested counsel. Financial Affidavit submitted. Court appointed FPD counsel. Appearance entered by Carlos A. Garcia for Spencer D. Rich. Defendant neither admits nor denies the allegations. Detention Hearing as to Spencer D. Rich held on 7/12/2017. Gov seeking dtn. Court heard from defense and requests release with conditions. Court ordered dft detained for reasons stated on the record finding he constitutes a risk of danger to the community. Dft waives probable cause hearing. Further proceedings and disposition hearing set for 7/25/2017 at 1:30 pm before Judge Dee Benson. Dft remanded to the USMS. Note: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is |

| | | |
|---|---|---|
| | | entered on this defendant's case.<br><br>Attorney for Plaintiff: Mark Vincent, Attorney for Defendant: Carlos Garcia, FPD. Interpreter: not needed. Probation Officer: Alonzo Nez. Court Reporter: electronic. (Time Start: 10:15, Time End: 10:30, Room 8.4.) (mlp) (Entered: 07/12/2017) |
| 07/12/2017 | 29 | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Spencer D. Rich.<br><br>No attached document.<br><br>Representation shall continue for any post-sentencing activities initiated by the US Probation Office.<br><br>Signed by Magistrate Judge Brooke C. Wells on 7/12/2017.(mlp) (Entered: 07/12/2017) |
| 07/12/2017 | 30 | DOCKET TEXT ORDER OF DETENTION PENDING FINAL DISPOSITION as to Spencer D. Rich.<br><br>NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case. No attached document.<br><br>Signed by Magistrate Judge Brooke C. Wells on 7/12/2017.(mlp) (Entered: 07/12/2017) |
| 07/12/2017 | 32 | Supervised Release Violation Petition Warrant Returned Executed on 7/12/2017, filed on 7/13/2017 in case as to Spencer D. Rich (blh) (Entered: 07/13/2017) |
| 07/13/2017 | 31 | NOTICE OF ATTORNEY APPEARANCE: Carlos A. Garcia appearing for Spencer D. Rich (Garcia, Carlos) (Entered: 07/13/2017) |
| 07/17/2017 | 33 | AMENDED PETITION and ORDER as to Spencer D. Rich. Signed by Judge Dee Benson on 7/17/2017. (blh) (Entered: 07/17/2017) |
| 07/18/2017 | 34 | **NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Final Hearing re Revocation of Supervised Release set for 7/25/2017 at 01:30 PM in Rm 8.300 before Judge Dee Benson. (reb) (Entered: 07/18/2017) |
| 07/20/2017 | 35 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Final Hearing re Revocation of Supervised Release RESET FOR 8/16/2017 at 02:00 PM in Rm 8.300 before Judge Dee Benson. (reb) (Entered: 07/20/2017) |
| 08/15/2017 | 36 | ***AMENDED***NOTICE OF HEARING** as to Spencer D. Rich (Notice generated by CHAMBERS) Final Hearing re Revocation of Supervised Release RESET FOR THURSDAY 9/7/2017 at 02:00 PM in Rm 8.300 before Judge Dee Benson. (reb) (Entered: 08/15/2017) |
| 09/07/2017 | 37 | Minute Entry for proceedings held before Judge Dee Benson: Dft present with cnsl and in custody. Dft admits 1, 5 and 6 of the allegations. Govt dismisses 2, 3 and 4. Court finds that the defendant has violated his conditions of release. Stmts made by cnsl, dft & Govt. Crt Adjudges:Sentence:Dft placed in the custody of the B.O.P for 90 days. Supervised release 33 months. Standard and special conditions of release. ALL PREVIOUS CONDITIONS ARE REINSTATED. The Court Orders that the Special Assessment Fee ordered on April 22, 2015 for the original offense be reinstated. The dft |

| | | |
|---|---|---|
| | | is remanded to the custody of the USMS.Final Hearing re Revocation of Supervised Release as to Spencer D. Rich held on 9/7/2017 Attorney for Plaintiff: Mark Vincent, Attorney for Defendant: Carlos A. Garcia. Court Reporter: Ed Young. (reb) (Entered: 09/11/2017) |
| 09/11/2017 | 38 | AMENDED JUDGMENT as to Spencer D. Rich (1). Count(s) 1, BOP 30 months. Supervised Release 36 months. Standard and special conditions of release. No fine imposed. SAP $100.00.<br>AMENDED JUDGMENT ON REVOCATION (9/7/17): Dft admitted guilt to violations 1, 5 & 6 of the petition. BOP: 90 days. S/R: 33 months. Signed by Judge Dee Benson on 9/11/2017. (blh) (Entered: 09/11/2017) |
| 10/06/2017 | 39 | Judgment Returned Executed as to Spencer D. Rich: Dft released on 10/6/2017 (blh) (Entered: 10/06/2017) |
| 09/07/2018 | 42 | REQUEST AND ORDER to Withdraw Warrant issued on 10/25/2017 as to Spencer D. Rich. Signed by Judge Dee Benson on 9/7/2018.(mas) (Entered: 09/07/2018) |
| 09/12/2018 | 43 | **SEALED DOCUMENT** Arrest Warrant Returned Unexecuted in case as to Spencer D. Rich. Warrant Withdrawn on 9/7/18 per 42 Order. (mas) (Entered: 09/12/2018) |
| 04/06/2022 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Timothy Lowrance should be added to this case as to Spencer D. Rich (tl) (Entered: 04/06/2022) |
| 04/06/2022 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Timothy Lowrance should be added to this case as to Spencer D. Rich (tl) (Entered: 04/06/2022) |
| 06/28/2023 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Jayson Kelker should be added to this case as to Spencer D. Rich (jjk) (Entered: 06/28/2023) |
| 01/05/2024 | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Jayson Kelker should be terminated from this case as to Spencer D. Rich (jjk) (Entered: 01/05/2024) |
| 02/05/2024 | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Timothy Lowrance should be terminated from this case as to Spencer D. Rich (jjk) (Entered: 02/05/2024) |
| 12/04/2024 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Dusten Russell should be added to this case as to Spencer D. Rich (sr) (Entered: 12/04/2024) |
| 11/10/2025 | 44 | Case as to Spencer D. Rich Reassigned to Judge David Barlow. Judge Dee Benson no longer assigned to the case.<br>Case number will now read **2:14-cr-00572-DBB.** Please make changes to document captions accordingly. (jwt) (Entered: 11/10/2025) |
| 11/12/2025 | 47 | SUBSTITUTION OF COUNSEL by USA. Maria D. Mooers-Putzer replacing Mark Vincent (Mooers-Putzer, Maria) (Entered: 11/12/2025) |

12C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Warrant for Person Under Supervision

Name of Person:  **Spencer D. Rich**                              Docket Number:  **2:14CR00572-001-DBB**

Name of Sentencing Judicial Officer:        **Honorable David Barlow**
                                            **U.S. District Judge**

Date of Original Sentence:    **April 22, 2015**
Original Offense:    **Felon in Possession of Firearms and Ammunition**
Original Sentence:    **30 Months Bureau of Prisons Custody/36 Months Supervised Release**

Date of Violation Sentence:  **September 7, 2017**
Violation Sentence:          **90 Days Bureau of Prisons Custody/33 Months Supervised Release**

Type of Supervision: **Supervised Release**            Supervision Began: **October 7, 2025**

Location of Defendant's Supervision    ☒ Northern/Central Division    ☐ Southern Region

### PETITIONING THE COURT

☒    To issue a warrant and toll the supervision term
      Last known address:  4411 South 2500 East, Vernal, Utah 84078

### CAUSE

The probation officer believes that the person has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about October 11, 2025, the person under supervision committed another federal, state, or local crime, to wit:  drove under the influence of a controlled substance.

Evidence in support of this allegation consists of records of the 7th Judicial District Court, Natrona County, Wyoming, Case No. 25-067055.

**Allegation No. 2:** On October 14, 2025, the person under supervision signed an acknowledgement form in which he admitted to using alcohol on or about October 11, 2025.

**Allegation No. 3:**  On October 16, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine.

**Allegation No. 4:**  On October 22, 2025, the person under supervision signed an acknowledgement form in which he admitted to using methamphetamine on or about October 21, 2025.

**Allegation No. 5:**  On October 29, 2025, the person under supervision signed an acknowledgement form in which he admitted to using methamphetamine and hydrocodone on or about October 26, 2025.

**Allegation No. 6:**  On November 6, 2025, the person under supervision signed an acknowledgement form in which he admitted to using Adderall on or about November 4, 2025, without a valid prescription.

PROB 12C
D/UT 03/19

Spencer D. Rich
2:14CR00572-001

Evidence in support of these allegations consists of records of the U.S. Probation Office in the District of Wyoming.

I declare under penalty of perjury that the foregoing is true and correct.

*Dusten Russell*

by Dusten Russell
U.S. Probation Officer
November 6, 2025

**THE COURT ORDERS:**

☒ The issuance of a warrant and tolling of the supervision time
☐ The issuance of a summons
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____
☐ No action
☐ Other

David Barlow
United States District Judge

Date: ___November 10, 2025___

AO 442 (UTD Rev 5/25)

# United States District Court

for the

**District of Utah**

| UNITED STATES OF AMERICA | **ARREST WARRANT** |
|---|---|
| v. | Case No:  2:14-cr-00572-DBB-1 |
| **Rich** | |
| | **DESIGNATED LOCATION:**  ☒ **Salt Lake City**    ☐ **St George** |

To:     The United States Marshal
        and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)     SPENCER D. RICH                                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information

☐ Complaint     ☐ Order of court     ☐ Violation Notice     ☐ Probation Violation Petition

☒ Supervised Release Violation Petition

This offense is briefly described as follows:

### Alleged Violations of the Conditions of Supervised Release

in violation of _____ United States Code.

Gary P. Serdar                                              Clerk of Court
Name of Issuing Officer                                     Title of Issuing Officer

_Jennifer Jensen_                                           November 12, 2025 at Salt Lake City, Utah
Signature of Issuing Officer                                Date and Location

By: Jennifer Jensen
Generalist Clerk

Bail fixed _____ by _____
                                            Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT

District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For Revocation of Probation or Supervised Release) |
| Spencer D. Rich | DISTRICT OF UTAH |
| | Case No.   DUTX 2:14CR00572-001 DB |
| | USM No. 21167-081 |

2017 SEP 11 2:23

BY:_____
DEPUTY CLERK

Carlos A. Garcia
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) ____1, 5 and 6____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Admiited Using Methamphetamine | 07/07/2017 |
| 5. | Tested Positive for Methamphetamine | 06/26/2017 |
| 6. | Tested Positive for Methamphetamine | 05/20/2017 |

The defendant is sentenced as provided in pages 2 through ____7____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) ____2, 3 and 4____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5832__

Defendant's Year of Birth: ____1990____

City and State of Defendant's Residence:
Vernal, Utah

09/07/2017
_____
Date of Imposition of Judgment

_____
Signature of Judge

Dee Benson                    U.S. District Judge
_____
Name and Title of Judge

09/11/2017
_____
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page    2    of    7

DEFENDANT:  Spencer D. Rich
CASE NUMBER:  DUTX 2:14CR00572-001 DB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

90 days.

☐    The court makes the following recommendations to the Bureau of Prisons:

☑    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at    _____ ☐ a.m.    ☐ p.m.    on    _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on    _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on    _____    to    _____

at    _____    with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page __3__ of ____7____

DEFENDANT:  Spencer D. Rich
CASE NUMBER:  DUTX 2:14CR00572-001 DB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

33 months.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 3A — Supervised Release

Judgment—Page    4    of    7

DEFENDANT:  Spencer D. Rich
CASE NUMBER:  DUTX 2:14CR00572-001 DB

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. The defendant must submit his or her person, residence, office or vehicle to search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant must warn any other residents that the premises may be subject to searches pursuant to this condition.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature                                                      Date

_____                    _____

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 3D — Supervised Release

Judgment—Page ___5___ of ___7___

DEFENDANT: Spencer D. Rich
CASE NUMBER: DUTX 2:14CR00572-001 DB

## SPECIAL CONDITIONS OF SUPERVISION

ALL PREVIOUS CONDITIONS ARE REINSTATED.

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    6    of    7

DEFENDANT: Spencer D. Rich
CASE NUMBER: DUTX 2:14CR00572-001 DB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ 0.00 | $ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT: Spencer D. Rich
CASE NUMBER: DUTX 2:14CR00572-001 DB

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   ☑ Lump sum payment of $  100.00  due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below); or

**B**   ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**   ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to term of supervision; or

**E**   ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F**   ☑ Special instructions regarding the payment of criminal monetary penalties:

   The Court orders that the $100.00 Special Assessment Fee of $100.00 ordered on April 22, 2015 be reinstated.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,(5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.